

# COURT OF APPEALS

## SECOND DISTRICT OF TEXAS
## FORT WORTH

NO. 2-09-313-CV

IN THE MATTER OF M.C.S., JR.

----------

FROM THE 323RD DISTRICT COURT OF TARRANT COUNTY

----------

# MEMORANDUM OPINION[1] AND JUDGMENT

----------

We have considered appellant's "Motion To Dismiss Appeal." It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

PER CURIAM

PANEL: WALKER, MCCOY, and MEIER, JJ.

DELIVERED: October 1, 2009

---

[1] *See* Tex. R. App. P. 47.4.